914

stantial federal question. *Ernst J. von Briesen* and *Ralph M. Hoyt* for appellant. *Herbert L. Mount* for appellees.

No. ——. BOMPENSIERO *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, ET AL. Application for stay denied. *Jack Wasserman* for petitioner. *Edmund G. Brown,* Attorney General of California, *Frank J. Mackin,* Assistant Attorney General, and *William E. James,* Deputy Attorney General, for respondents.

No. 2. BRIGGS ET AL. *v.* ELLIOTT ET AL., 347 U. S. 483. Appeal from the United States District Court for the Eastern District of South Carolina. Motion for leave to file brief of Louis L. Brown and Robert W. Wesley, as *amici curiae,* denied.

No. 465. STEINER ET AL., DOING BUSINESS AS CUMBERLAND BATTERY MANUFACTURING CO., ET AL. *v.* MITCHELL, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari granted. *Cecil Sims* for petitioners. *Solicitor General Sobeloff, Stuart Rothman, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 647. MITCHELL, SECRETARY OF LABOR, *v.* KING PACKING CO. C. A. 9th Cir. Certiorari granted. *Solicitor General Sobeloff* and *Stuart Rothman* for petitioner.

No. 629. DILLON *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted. *Morris A. Shenker* and *Sidney M. Glazer* for petitioner. *Solicitor General Sobeloff, Assist-*